A CERTIFIED TRUE COPY
AUG 24 2001
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

01 CV 8165
JUDGE KAPLAN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
AUG - 8 2001
FILED
CLERK'S OFFICE

RECEIVED BY MAIL
SEP 04 2001
CLERK US DIST COURT ST. PAUL, MN

*DOCKET NO. 1348*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE REZULIN PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-29)*

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 430 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
AUG 24 2001
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CERTIFIED
FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

# SCHEDULE CTO-29 -- TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

RECEIVED
BY MAIL
SEP 04 2001
CLERK US DIST COURT
ST. PAUL, MN

| District | Div | Civil Action # | |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 01-865 | Roughton v. Warner-Lambert Co., et al. |
| ALM | 3 | 01-739 | Howard, etc. v. Warner-Lambert Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 01-1366 | Serrano v. Warner-Lambert Co., et al. |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 01-745 | Scott, etc. v. Warner-Lambert Co., et al. |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 01-826 | Zaiser, et al. v. Warner-Lambert Co., et al. |
| INS | 1 | 01-963 | Janney v. Warner-Lambert Co., et al. |
| **KENTUCKY EASTERN** | | | |
| KYE | 2 | 01-131 | Stutler, et al. v. Warner-Lambert Co. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 01-1390 | Armstead, et al. v. Warner-Lambert Co., et al. |
| LAE | 2 | 01-1503 | Babineaux, et al. v. Parke-Davis, et al. |
| LAE | 2 | 01-1758 | Manuel v. Warner-Lambert Co., et al. |
| LAE | 2 | 01-1759 | Singleton v. Warner-Lambert Co., et al. |
| LAE | 2 | 01-2104 | Allen, et al. v. Warner-Lambert Co., et al. |
| **LOUISIANA WESTERN** | | | |
| LAW | 5 | 01-1311 | East, et al. v. Warner-Lambert Co., et al. |
| **MAINE** | | | |
| ME | 2 | 01-160 | Corriveau v. Warner-Lambert Co., et al. |
| **MINNESOTA** | | | |
| MN | 0 | 01-1105 ADM | Paradise, et al. v. Warner-Lambert Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 01-649 | Deboyace v. Warner-Lambert Co., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 3 | 01-353 | Peterson v. Warner-Lambert Co., et al. |
| **NEW MEXICO** | | | |
| NM | 1 | 01-674 | Armijo, et al. v. Pfizer, Inc., et al. |
| NM | 2 | 01-772 | Perez, etc. v. Pfizer, Inc., et al. |
| **NEVADA** | | | |
| NV | 3 | 01-353 | Sedore, et al. v. Warner-Lambert Co., et al. |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 01-1609 | Anderson, et al. v. Warner-Lambert Co., et al. |
| **TEXAS SOUTHERN** | | | |
| ~~TXS~~ | ~~4~~ | ~~01-1964~~ | ~~Bothe, et al. v. Warner-Lambert Co., et al.~~ Opposed 8/23/01 |
| TXS | 4 | 01-2281 | Stegall, et al. v. Pfizer, Inc., et al. |
| TXS | 7 | 01-131 | Peacock, etc. v. Parke-Davis, et al. |
| **VIRGINIA WESTERN** | | | |
| VAW | 1 | 01-70 | Stacy v. Warner-Lambert Co., et al. |
| VAW | 1 | 01-71 | Diets v. Warner-Lambert Co., et al. |
| VAW | 1 | 01-81 | Holbrook v. Warner-Lambert Co., et al. |